*Hope C. Seeley*, in support of the petition.

*Susan C. Marks*, supervisory assistant state's attorney, in opposition.

Decided April 15, 1998

## IN RE ROBERT T.

The respondent Robert T.'s petition for certification for appeal from the Appellate Court (AC 17929) is denied.

*Francis A. Miniter*, in support of the petition.

*Bruce R. Lockwood*, deputy assistant state's attorney, in opposition.

Decided April 15, 1998

## RALPH BRUNO *v.* CAR SERVICE, INC.

The defendant BMW of North America's petition for certification for appeal is dismissed.

*Peter E. Garvey*, in support of the petition.

Decided April 15, 1998

## MICHAEL CONSTANTOPOULOS *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Constantopoulos' petition for certification for appeal from the Appellate Court, 47 Conn. App. 828 (AC 16293), is denied.

*Todd Edgington*, assistant public defender, in support of the petition.

Decided April 28, 1998